PAUL, Respondent, v. WESTINGHOUSE, CHURCH, KERR & CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Harry Paul against Westinghouse, Church, Kerr & Co.

PER CURIAM. Judgment and order of the Municipal Court reversed, and new trial order-

ed, costs to abide the event, on the ground that the court erred in its refusal to charge that Adler was not a fellow servant and that his negligence would not suffice to enable the plaintiff to recover. See 99 N. Y. Supp. 356.

RICH, J., dissents.

PEOPLE, Appellant, v. BEDDOW, Respondent. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Proceedings by the people of the state of New York against Thomas Beddow. No opinion. Order unanimously affirmed.

PEOPLE v. DINKELMANN. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Proceedings by the people of the state of New York against Oscar E. Dinkelmann. No opinion. Motion granted. Order filed.